# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>D. D. SHEPPARD-BROOK,<br><br>Defendant.<br>_______________________________________/ | CASE NO. 1:08-cv-00362-AWI-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR DISMISSAL WILL OCCUR<br><br>(Doc. 2) |

Plaintiff Raymond Alford Bradford ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2008, plaintiff filed this action along with a motion seeking leave to proceed in forma pauperis.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by plaintiff reveals that plaintiff is subject to

///

///

///

///

28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

The Court has reviewed plaintiff's complaint and finds that plaintiff does not meet the imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because plaintiff has alleged no facts that support a finding that he is under imminent danger of serious physical injury, plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff's motion for leave to proceed in forma pauperis is DENIED;
2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** from the date of service of this order; and
3. If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated: March 17, 2008** **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 2:98-cv-00180-FCD-JFM PC Bradford v. White (E.D. Cal.) (dismissed 06/03/1999 as time barred); 2:02-cv-01859-FCD-GGH PC Bradford v. Terhune (E.D. Cal.) (dismissed 06/18/2003 pursuant to section 1915(g) on a motion to dismiss); 1:04-cv-05496-AWI-DLB PC Bradford v. Terhune (E.D. Cal.) (dismissed 10/21/2004 for failure to state a claim); 2:05-cv-00862-FCD-DAD PC (E.D. Cal.) (dismissed 09/30/2005 for failure to state a claim and as frivolous); 1:07-cv-01031-OWW-LJO Bradford v. Superior Court of California (E.D. Cal.) (dismissed 08/21/2007 as frivolous).

[2] Plaintiff is suing defendant D. D. Sheppard-Brooks for failing to process plaintiff's February 18, 2004, emergency appeal concerning health care. Plaintiff alleges that he is currently in a wheelchair due to clots and meets the imminent danger exception because he is in pain. Plaintiff's claim arises from an event in 2004, which allegedly prevented him from seeking treatment for approximately four and one-half months. Plaintiff's assertion that his claim against defendant Sheppard-Brooks satisfies the imminent danger exception is without merit.