IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | 1:08-cv-00362-AWI-GSA (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G) FOR FAILURE TO PAY THE FILING FEE IN FULL |
| vs. | |
| D.D. SHEPPARD-BROOK, | (Doc. 4) |
| Defendant. | |

Plaintiff filed this action on March 13, 2008. On March 18, 2008, pursuant to 28 U.S.C. § 1915(g), the Court found Plaintiff ineligible to proceed *in forma pauperis* in this action and ordered Plaintiff to pay the $350.00 filing fee in full within thirty days. (Doc. 4.) More than thirty days have passed and Plaintiff has not complied with the order.

Plaintiff filed an objection to the order on March 26, 2008, but the objection sets forth no basis for excusing Plaintiff's compliance with the order. (Doc. 6.) The fact remains that Plaintiff is attempting to impose liability on the defendant in this action for failing to process his emergency appeal on February 18, 2004. (Docs. 1, 6.) Therefore, the imminent danger exception to section 1915(g) is inapplicable.

Accordingly, pursuant to section 1915(g), this action is HEREBY DISMISSED, without prejudice, for failure to pay the filing fee in full.

IT IS SO ORDERED.

Dated:   May 5, 2008             /s/ Anthony W. Ishii
                                 UNITED STATES DISTRICT JUDGE

-1-